# Exhibit A

# DECLARATION OF MARIA CORONA

**I, Maria Corona, DECLARE:**

1. On May 5, 2024, I purchased It's A 10 Silk Express Miracle Silk Leave-In ("Product") for $8.99, excluding tax, from a Marshalls in Carlsbad, California.

2. At the time of my payment and review of the Product, I was in the state of California, where I also reside.

3. It is my understanding that It's A 10 Silk Express Miracle Silk Leave-In is sold by It's A New 10, LLC, in many stores in California, including in San Diego County.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on 02/11/2025 .

By: _____
Maria Corona

**DECLARATION PURSUANT TO CAL. CIV. CODE §1780(D)**