| | |
|---|---|
| 1 | TRENTON H. NORRIS (Bar No. 164781) |
| 2 | **HOGAN LOVELLS US LLP** |
| | 4 Embarcadero Center, Suite 3500 |
| 3 | San Francisco, California 94111 |
| | Telephone:(415) 374-2300 |
| 4 | Facsimile:(415) 374-2499 |
| 5 | trent.norris@hoganlovells.com |
| 6 | VASSI ILIADIS (Bar No. 296382) |
| | JOSEPH R. O'CONNOR (Bar No. 274421) |
| 7 | **HOGAN LOVELLS US LLP** |
| 8 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, California 90067 |
| 9 | Telephone:(310) 785-4600 |
| 10 | Facsimile: (310) 785-4601 |
| | vassi.iliadis@hoganlovells.com |
| 11 | joe.oconnor@hoganlovells.com |
| 12 | *Attorneys for Defendant* |
| 13 | IT'S A NEW 10, LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IT'S A NEW 10, LLC,<br><br>Defendant. | Case No.: 3:25-cv-00377-GPC-BLM<br><br>**DEFENDANT IT'S A NEW 10, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>Hearing Date: July 25, 2025<br>Hearing Time: 1:30 PM |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT on July 25, 2025, at 1:30 PM, in Courtroom 2D of the above-captioned court, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendant It's A New 10, LLC ("IANT") will and hereby does move this Court for an order dismissing Plaintiff Maria Corona's Complaint (Dkt. 1) in its entirety pursuant to: (i) Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; (ii) Rule 9(b) for failure to allege fraud with particularity; and (iii) Rule 12(b)(1) for failure to allege facts establishing this Court's subject-matter jurisdiction. The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, any other arguments heard or considered by the Court, and any other matters the Court may properly consider.

Dated: April 21, 2025	HOGAN LOVELLS US LLP

By: /s/ *Trenton H. Norris*
Trenton H. Norris
*Attorneys for Defendant*
IT'S A NEW 10, LLC